IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00523-PSF-PAC

SULIEMAN HASSAN ABUSALIH,
Immigration File No. A45 660-636,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, U.S. Citizenship and Immigration Services, District Director,
  Denver District Office;
FEDERAL BUREAU OF INVESTIGATION; and
ROBERT MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER GOVERNMENT RESPONSE AND TO SET HEARING

Upon review of the file, the Court hereby DIRECTS the government to file a response to plaintiff's application (Dkt. # 1) **no later than April 26, 2006.** Plaintiff's reply shall be due by **May 8, 2006.** It is

FURTHER ORDERED that a status conference in this matter is set for **May 17, 2006 at 4:30 p.m.**

DATED: March 28, 2006

                                                       BY THE COURT:

                                                       *s/ Phillip S. Figa*
                                                       _____
                                                       Phillip S. Figa
                                                       United States District Judge