IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00523-PSF-PAC

SULIEMAN HASSAN ABUSALIH,
Immigration File No. A45 660-636,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, U.S. Citizenship and Immigration Services, District Director,
  Denver District Office;
FEDERAL BUREAU OF INVESTIGATION; and
ROBERT MUELLER, Director, Federal Bureau of Investigation,

    Defendants.
_____

## ORDER RESETTING STATUS CONFERENCE
_____

THIS MATTER comes before the Court *sua sponte.* It appears from a review of this Court's docket that a scheduling conflict exists on the Status Conference date in this case. Therefore,

IT IS ORDERED that the Status Conference set for May 17, 2006, at 4:30 p.m. is hereby rescheduled to **May 17, 2006, at 10:00 a.m.**

DATED April 27, 2006.

                              BY THE COURT:

                              *s: Phillip S. Figa*
                              Phillip S. Figa
                              United States District Judge