IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-0523-PSF-PAC

SULIEMAN HASSAN ABUSALIH,

    Plaintiff,

    v.

ALBERTO GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary - Department of Homeland Security;
MARIO ORTIZ, Director, Denver District Office, U.S. Citizen and Immigration Services
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
FEDERAL BUREAU OF INVESTIGATIONS; and
ROBERT T. MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS BY STIPULATION OF THE PARTIES

Pursuant to the Motion to Dismiss by Stipulation (Dkt. # 29) filed by the parties, it is accordingly

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the hearing scheduled for November 13, 2006 is VACATED.

DATED:  October 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge